1
2
3
4
5
6                          IN THE UNITED STATES DISTRICT COURT
7
8                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    ZHENGYU CHEN,

10                    Petitioner,                         No. C 06-06742 JSW

11        v.                                              **ORDER TO SHOW CAUSE**

12   MICHAEL CHERTOFF, et al.

13                    Respondents.
14   _____/

15        Petitioner Zhengyu Chen has filed a complaint seeking a writ of mandamus under 28

16   U.S.C. § 1361.  The Court hereby issues an ORDER TO SHOW CAUSE why the writ should

17   not be granted.  Respondents shall file responsive papers to the complaint by November 22,

18   2006.  Petitioner may file a reply by December 6, 2006.

19        IT IS FURTHER ORDERED that a hearing on the petition will be conducted on January

20   5, 2007 at 9:00 a.m.

21        **IT IS SO ORDERED.**

22

23   Dated: November 1, 2006                    _____

24                                              JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE
25
26
27
28

**United States District Court**
For the Northern District of California